**Order entered November 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00564-CR

**ARES WENDELL HIATT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80604-2018**

## ORDER

Before the Court is appellant's November 19, 2019 second motion for extension of time to file his brief. In the motion, appellant states that the reporter's record is incomplete because a pretrial hearing has not been filed; however, appellant does not indicate what date the pretrial hearing was held. A supplemental reporter's record was filed October 23, 2019 containing the record of the pretrial hearing from April 18, 2019. Thus, it appears the reporter's record is complete.

We **GRANT** appellant's motion and **ORDER** appellant's brief due on or before December 20, 2019. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being abated for a hearing under rule 38.8(b)(3). *See* TEX. R. APP. P. 38.8(b)(3).

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE